UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor indenture trustee for the 6.875% Senior Notes due 2019, the 8.25% Senior Notes due 2019, and the 6.125% Senior Notes due 2034 of Nine West Holdings, Inc., <br><br>                 Plaintiff, <br><br> v. <br><br> RICHARD L. DICKSON, *et al.*, <br><br>                 Defendants. | Case No.: 1:20-cv-4569 (JSR) |

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that I am admitted or otherwise authorized to practice in this

Court and appear in the above-captioned action on behalf of Defendant Hawaii DE LLC.

Dated:    July 15, 2020                            Respectfully submitted,

                                      */s/ Reade W. Seligmann*
                                      Reade W. Seligmann
                                    **ALSTON & BIRD LLP**
                                      90 Park Avenue
                                      New York, New York 10016
                                      Telephone: (212) 210-9453
                                      Facsimile: (212) 210-9444
                                      Email: Reade.Seligmann@alston.com

                                      *Attorneys for Defendant Hawaii DE LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 15, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

DATED:  July 15, 2020

*/s/ Reade W. Seligmann*
Reade W. Seligmann
