UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor indenture trustee for the 6.875% Senior Notes due 2019, the 8.25% Senior Notes due 2019, and the 6.125% Senior Notes due 2034 of Nine West Holdings, Inc.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RICHARD L. DICKSON, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 1:20-cv-4569 (JSR)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Hawaii DE LLC certifies the following:

　　　　1. Hawaii DE LLC does not have a parent corporation.

　　　　2. No publicly held corporation owns 10% or more of Hawaii DE LLC's stock.

Dated:　July 15, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Reade W. Seligmann*
　　　　　　　　　　　　　　　　　　　　　　　Reade W. Seligmann
　　　　　　　　　　　　　　　　　　　　　　　**ALSTON & BIRD LLP**
　　　　　　　　　　　　　　　　　　　　　　　90 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 210-9453
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 210-9444
　　　　　　　　　　　　　　　　　　　　　　　Email: Reade.Seligmann@alston.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Hawaii DE LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

DATED: July 15, 2020

*/s/ Reade W. Seligmann*
Reade W. Seligmann